# Ex. A

Clerk of the Circuit Court Public Access System

Search  Contact Us

Search > Select a Case > Case Number 19L 00000723, ABBOTT VS JUDT

## Court Case Details

**Case Number:** 19L 00000723  **Case Status:** ACTIVE

**Case Title:** ABBOTT VS JUDT  **Filed Date:** 2019-10-09

**Case Type:** LAW

**Case SubType:** TORT

| Parties on Case | Judgment | Court Events | **Documents Filed** |

| Filed Date | Document Type | Document Action |
|---|---|---|
| 2020-06-18 | SUMMONS | ISSUED |
| 2020-06-18 | COMPLAINT AMENDED | E FILED |
| 2020-06-18 | NOTICE OF FILING | E FILED |
| 2020-06-17 | AGREED ORDER | FILED |
| 2020-06-15 | NOTICE OF MOTION | E FILED |
| 2020-06-15 | MOTION | E FILED |
| 2020-05-18 | NOTICE OF DEPOSITION | E FILED |
| 2020-04-01 | NOTICE OF FILING | E FILED |
| 2020-04-01 | PROOF OF SERVICE OF DISCOVERY DOCUMENTS | E FILED |
| 2020-03-31 | RULE | E FILED |
| 2020-03-30 | NOTICE OF FILING | E FILED |
| 2020-03-25 | PETITION RULE TO SHOW CAUSE | E FILED |
| 2020-03-04 | NOTICE OF DEPOSITION | E FILED |
| 2020-03-02 | NOTICE OF DISCOVERY DOCUMENTS | E FILED |

| | | |
|---|---|---|
| 2020-02-25 | PROOF OF SERVICE OF DISCOVERY DOCUMENTS | E FILED |
| 2020-02-21 | PROOF OF SERVICE OF DISCOVERY DOCUMENTS | E FILED |
| 2020-02-20 | ORDER | FILED |
| 2020-02-18 | MOTION | E FILED |
| 2020-02-18 | NOTICE OF MOTION | E FILED |
| 2020-02-04 | AFFIDAVIT OF SERVICE | E FILED |
| 2020-02-04 | NOTICE OF DEPOSITION | E FILED |
| 2020-02-03 | NOTICE OF DEPOSITION | E FILED |
| 2020-01-28 | ORDER HIPAA | FILED |
| 2020-01-28 | ORDER CASE MANAGEMENT | FILED |
| 2020-01-24 | NOTICE OF MOTION | E FILED |
| 2020-01-24 | MOTION HIPAA | E FILED |
| 2019-11-18 | PROOF OF SERVICE FOR DISCOVERY | E FILED |
| 2019-11-18 | NOTICE OF DEPOSITION | E FILED |
| 2019-11-06 | ANSWER | E FILED |
| 2019-11-06 | APPEARANCE | E FILED |
| 2019-11-06 | JURY DEMAND TWELVE | E FILED |
| 2019-10-09 | COMPLAINT | E FILED |
| 2019-10-09 | SUMMONS | ISSUED |
| 2019-10-09 | AFFIDAVIT 222B | E FILED |
| 2019-10-09 | CERTIFICATE OF ATTORNEY | E FILED |